IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal Action No. 11-670** |
| | : | **Civil No. 15-3818** |
| **JEROME EDWARDS** | : | |

**O R D E R**

**AND NOW**, this 8th day of July, 2016, upon consideration of Mr. Edwards's Petition Under 28 U.S.C. §2255 (Doc. No. 72), the Government's Opposition (Doc. No. 80), and the parties' supplemental briefs (Doc. Nos. 90, 91), and following a hearing on May 9, 2016, it is hereby **ORDERED** that the Petition (Doc. No. 72) is **GRANTED** insofar as the Court will set a resentencing hearing for Mr. Edwards to reinstate his appellate rights.

Resentencing is set for July 22, 2016 at 11:30 a.m., in Courtroom 10-B.

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge